Mary W. Brownlee, appellee, v. Robert S. Adams, appellant. Gen. No. 26,272.

Action to recover the amount of an overpayment to defendant on a painting contract between defendant and plaintiff's deceased husband. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Stedman, Soelke & Johnson, for appellant. Haight, Adcock, Haight & Harris, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Emil Kraut, appellee, v. Joseph Kaszab, appellant. Gen. No. 26,296.

Action to recover the value of goods converted by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed February 14, 1922.

Gilbert F. Wagner, for appellant. Sumner C. Palmer, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Joe Di Cianni, by Antonio Di Cianni, appellee, v. Siegel-Hickinger Packing & Provision Company, appellant. Gen. No. 26,301.

Action for damages for personal injuries sustained by plaintiff in a collision between his motorcycle and defendant's motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook County; the Hon. William F. Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

Andrew L. Winters and George M. Stevens, for appellant. Colburn & Bentley, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Joseph T. Delfosse, appellant, v. Joseph Stout, appellee. Gen. No. 26,336.

Action on a promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922. Rehearing denied February 27, 1922.

Schein & Beckwith, for appellant; Samuel Schein and Francis L. Brinkman of counsel. Mathias & Sullivan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.